Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Heather L Chicoine

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. CHICOINE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al,<br><br>　　　　Defendants. | Case No. 3:17-cv-00926 JST<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

　　　　IT IS HEREBY STIPULATED by and between counsel for plaintiff Heather L. Chicoine and counsel for defendant Experian Information Solutions, Inc. ("Experian") that plaintiff Heather L. Chicoine's claims against Experian may shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date: May 4, 2017　　　　　　　　　　/s/ *Mark F. Anderson*
　　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Heather L. Chicoine

Date: May 4, 2017　　　　　　　　　　/s/ *Kerry C. Fowler*
　　　　　　　　　　　　　　　　　　　Kerry C. Fowler
　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　555 South Flower Street, Fiftieth Floor
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　Phone: 213.489.3939
　　　　　　　　　　　　　　　　　　　Fax: 213.243.2539
　　　　　　　　　　　　　　　　　　　kcfowler@JonesDay.com

**STIPULATION FOR DISMISSAL OF EXPERIAN –- CHICOINE V PHEAA, NO. 3:17-CV-00926 JST**

**FILER ATTESTATION**

    Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: May 4, 2017                      */s/Mark F. Anderson*
                                                     Mark F. Anderson