Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Heather L. Chicoine

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. CHICOINE,<br><br>    Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA HIGHER EDUCTION ASSISTANCE AGENCY, et al,<br><br>    Defendants. | Case No. 3:17-cv-00926 JST<br><br>~~(proposed)~~ ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Based on the parties' stipulation and for good cause shown, plaintiff Heather L. Chicoine's claims against defendant Experian Information Solutions, Inc. ("Experian") are hereby dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date: May 8, 2017

_____
United States District Judge

ORDER FOR DISMISSAL OF EXPERIAN –- CHICOINE V PHEAA, NO. 3:17-CV-00926 JST