Colin C. Poling, Esq.  (IN #32413-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cpoling@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com


*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER L. CHICOINE,<br>        Plaintiff,<br><br>    vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>        Defendants. | CASE NO. 3:17-cv-00926-JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Heather L. Chicoine, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND
DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00926-JST

Page 1 of 3

Respectfully submitted,

Date: June 6, 2017

/s/ *Mark F. Anderson*
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer LLP
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Telephone: 415-651-1951
Fax: (415) 500-8300
E-Mail: mark@aoblawyers.com

*Counsel for Plaintiff Heather L. Chicoine*

Date: June 6, 2017

*/s/ Colin C. Poling*
Colin C. Poling, Esq. (IN #32413-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cpoling@schuckitlaw.com

*Lead Counsel for Defendant Trans Union,
LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union,
LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest
that concurrence in the filing of this
document has been obtained from each of
the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND
DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00926-JST**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Heather L. Chicoine and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.


Date: __June 6, 2017_____          _____
                                        JUDGE, United States District Court,
                                        Northern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00926-JST**

Page 3 of 3