Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Heather L Chicoine

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. CHICOINE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00926 JST<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

　　　　IT IS HEREBY STIPULATED by and between counsel for plaintiff Heather L. Chicoine and counsel for defendant Equifax Information Services, LLC. ("Equifax") that plaintiff Heather L. Chicoine's claims against Equifax may shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date: June 9, 2017　　　　　　　　　　/s/ *Mark F. Anderson*
　　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Heather L. Chicoine

Date: June 9, 2017　　　　　　　　　　*/s/ Thomas P. Quinn, Jr.* (SBN 132268)
　　　　　　　　　　　　　　　　　　　Nokes & Quinn APC
　　　　　　　　　　　　　　　　　　　410 Broadway, Suite 200
　　　　　　　　　　　　　　　　　　　Laguna Beach, CA 92651
　　　　　　　　　　　　　　　　　　　Ph: 949.376.3500
　　　　　　　　　　　　　　　　　　　tquinn@nokesquinn.com

　　　　　　　　　　　　　　　　　　　Attorney for Equifax

**STIPULATION FOR DISMISSAL OF EQUIFAX –- CHICOINE V PHEAA, NO. 3:17-CV-00926 JST**

**FILER ATTESTATION**

     Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from each signatory.

Dated: June 9, 2017                       */s/Mark F. Anderson*
                                                       Mark F. Anderson