Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Heather L. Chicoine

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. CHICOINE,<br><br>            Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA HIGHER EDUCTION<br>ASSISTANCE AGENCY, et al,<br><br>            Defendants. | Case No. 3:17-cv-00926 JST<br><br>(proposed) ORDER FOR DISMISSAL<br>OF DEFENDANT EQUIFAX<br>INFORMATION SERVICES, LLC |

        Based on the parties' stipulation and for good cause shown, plaintiff Heather L. Chicoine's

claims against defendant Equifax Information Services, LLC are hereby dismissed with prejudice,

each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date:  June 12, 2017

_____
United States District Judge

**ORDER FOR DISMISSAL OF EQUIFAX –- CHICOINE V PHEAA, NO. 3:17-CV-00926 JST**