Mark F. Anderson (SBN 44787)
**ANDERSON, OGILVIE & BREWER LLP**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Phone: (415) 651-1951
mark@aoblawyers.com

Attorney for Plaintiff Heather L. Chicoine

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. CHICOINE, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA, HIGHER EDUCATION ASSISTANCE AGENCY, <br><br> Defendant. | Case No. 17-cv-00926-JST <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff Heather Chicoine and defendant Pennsylvania Higher Education Assistance Agency and through their respective counsel of record that all matters herein between them have been compromised and settled, and that plaintiff's cause against Pennsylvania Higher Education Assistance Agency shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees pursuant to Fed. Rule of Civ. Proc. § 41(a)(1)(ii).

Dated:  August 29, 2017        MUSICK, PEELER & GARRETT LLP

By: */s/ Donald E. Bradley (*SBN 145037)
Attorneys for Defendant Pennsylvania
Higher Education Assistance Agency

1
2
3  Dated: August 29, 2017          ANDERSON, OGILVIE & BREWER
4
5                                  By:    /s/ *Mark F. Anderson*
                                   Attorney for Plaintiff Heather L. Chicoine
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28